| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>08/20/2021/ra | AMENDED Criminal Docket |

McALLEN Division     CR. No. **M-21-1772**

**SEALED INDICTMENT** Filed: September 7, 2021   Judge: **RANDY CRANE**

County: Hidalgo
Lions #: 2021R06609

UNITED STATES OF AMERICA     Attorneys: JENNIFER B. LOWERY, ACTING U.S. ATTORNEY

v.     PATRICIA COOK PROFIT, ASST. U.S. ATTORNEY

| Defendant | Counts |
|---|---|
| IGNACIO GARZA also known as "Nacho" | Cts. 1-10 |
| DIEGO REYES | Cts. 1, 5&6, 8-10 |
| MARCO BARRIENTOS | Cts. 1&3 |
| JANELLA CHAVARRIA | Cts. 1&3 |
| | Cts. 1&3 |
| RAMIRO ~~CLARKE~~ - EDEN CLARKE (10/5/2021 cr) | Cts. 1&3    Rene P. Montalvo    956-488-1266 |
| ROEL VALADEZ | Cts. 1&4 |
| ROOSEVELT VELA | Cts. 1&4 |
| ABEL REYES | Cts. 1&5 |
| DAVID GOMEZ | Cts. 1&6 |
| ISIDORO GARZA also known as "Lolo" | Cts. 1&7 |
| | Cts. 1&7 |
| JOSE ORTIZ | Cts. 1&7 |
| HUGO CANALES | Cts. 1&7 |
| JERONIMO MORIN | Cts. 1&8 |
| NOEL AVILA | Cts. 1&8 |
| SAMUEL TORRES | Cts. 1&9 |
| | Cts. 1&10 |

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, and 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2: Possession with intent to distribute 500 grams or more, that is, approximately 48 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 3: Possession with intent to distribute 100 kilograms or more, that is, approximately 207 kilograms of a mixture or substance containing a detectable amount of marijuana.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

| | | |
|---|---|---|
| | Cts.4: | Possession with the intent to distribute 100 kilograms or more, that is, approximately 108 kilograms of a mixture or substance containing a detectable amount of marijuana. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2. |
| | Ct. 5: | Possession with the intent to distribute 100 kilograms or more, that is, approximately 679 kilograms of a mixture or substance containing a detectable amount of marijuana. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)B and Title 18, United States Code, Section 2. |
| | Ct. 6: | Possession with the intent to distribute 100 kilograms or more, that is, approximately 513.5 kilograms of a mixture or substance containing a detectable amount of marijuana. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)B and Title 18, United States Code, Section 2. |
| | Ct. 7: | Possession with the intent to distribute 5 kilograms or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2. |
| | Ct. 8: | Maintaining drug involved premises. |
| | | Title 21, United States Code, Sections 856(a)(1) and Title 18, United States Code, Section 2. |
| | Ct. 9: | Possession with the intent to distribute 500 grams or more, that is, approximately 3.75 kilograms of a mixture or substance containing a detectable amount of cocaine. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2. |
| | Ct. 10: | Possession with the intent to distribute 100 kilograms or more, that is, approximately 700 kilograms of a mixture or substance containing a detectable amount of marijuana. |
| | | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2. |

Total Counts **(10)**

Penalty:
- Cts. 1-2, 7: Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MIMIMUM)
- Cts. 3-6, 9-10: Imprisonment for 5 yrs. to 40 yrs. and/or a $5,000,000.00 fine and at least a 4 yr. SRT (as to each count)
- Ct. 8: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $500,000.00 and not more than a 3 yr. SRT.

Agency: Drug Enforcement Administration – Patrick Zaruba - M5-20-0085

Proceedings

Date